**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-1386

MABLE A. STEWART,

             Plaintiff - Appellant,

      v.

HENRY M. PAULSON, JR., Secretary, Department of the Treasury,

             Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Peter J. Messitte, District Judge.
(8:07-cv-01981-PJM)

Submitted:  August 29, 2008      Decided:  September 15, 2008

Before WILKINSON and NIEMEYER, Circuit Judges, and WILKINS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Mable A. Stewart, Appellant Pro Se.  Alex Samuel Gordon, OFFICE OF
THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mable A. Stewart filed a complaint alleging that her former employer discriminated against her on the basis of her gender, race, and religion, in violation of the Civil Rights Act of 1964, as amended. The district court conducted a hearing and granted summary judgment in favor of Defendant. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court from the bench. Stewart v. Paulson, No. 8:07-cv-01981-PJM (D. Md. Mar. 5, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED